**MICHAEL J. HADDAD (SBN 189114)**
**JULIA SHERWIN (SBN 189268)**
**T. KENNEDY HELM (SBN 282319)**
**HADDAD & SHERWIN LLP**
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

**SANJAY S. SCHMIDT (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:   (415) 563-8583
Facsimile:   (415) 223-9717

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCY ATAYDE**, Individually and as Successor in Interest of Decedent **RICHARD MICHAEL RAMIREZ**,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**NAPA STATE HOSPITAL**, **STATE OF CALIFORNIA DEPARTMENT OF STATE HOSPITALS**, a public entity, **DOLLY MATTEUCCI**, Individually, **DANA WHITE, R.N.**, Individually, **CALIFORNIA FORENSIC MEDICAL GROUP, INC.**, **TAYLOR FITHIAN, M.D.**, **HEATHER GOODE, M.D.**, **SEAN RYAN, R.N.**, **DEBORAH MANDUJANO, R.N.**, **CORINA DENNING, R.N.**, **COUNTY OF MERCED**, a municipal corporation, former Sheriff **TOM CAVALLERO**, in his Individual and Official Capacities, Undersheriff **JASON GOINS**, and **DOES 1 THROUGH 10**, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. 3:16-cv-00038-TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE (DOCKET 12) AND MOTION TO TRANSFER VENUE (DOCKET 25)** |

No. 3:16-cv-00038-TEH: STIP. & (PROPOSED) ORD. TO CONT. HRNG. DATE

1  PLAINTIFF, AND DEFENDANTS, THROUGH THEIR RESPECTIVE COUNSEL
2  OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, that the
3  hearing date regarding the State Defendants' Motion to Dismiss or Transfer Venue (Doc. 12)
4  and the Merced County and CFMG Defendants' Motion to Transfer Venue (Doc. 25) be
5  amended as follows:

6      1. The hearing date on Defendants' Motions (Docs. 12 and 25) will be continued
7      from 10:00 a.m. on March 14, 2016 to 10:00 a.m. on March 21, 2016.

8  Good cause exists for continuing the hearing on Defendants' motions. Plaintiff's lead
9  trial counsel, Michael J. Haddad and Julia Sherwin, will both be out of state on March 14,
10 2016. The briefing schedule on both motions will remain unchanged.
11 SO STIPULATED.

| | |
|---|---|
| Dated: February 9, 2016 | HADDAD & SHERWIN LLP<br><br>By: */s/ T. Kennedy Helm*<br><br>T. KENNEDY HELM<br>Attorneys for Plaintiff |
| Dated: February 9, 2016 | LAW OFFICE OF<br>SANJAY S. SCHMIDT<br><br>By: */s/ Sanjay S. Schmidt\**<br><br>SANJAY S. SCHMIDT<br>Attorneys for Plaintiff |
| Dated: February 9, 2016 | KAMALA D. HARRIS<br>Attorney General of California<br>JOHN P. DEVINE<br>Supervising Deputy Attorney General<br><br>By: */s/ Paul T. Hammerness\** |

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |

PAUL T. HAMERNESS
Attorney for Defendants
Napa State Hospital
(NSH), California
Department of State
Hospitals, Dolly
Matteucci, and
Dana White

Dated:  February 9, 2016

THE LAW OFFICES OF
JEROME M. VARANINI

By: /s/ Jerome M. Varanini*

JEROME M. VARANINI
Attorney for Defendants
Merced County; CFMG, Inc.;
Taylor Fithian, M.D.; Tom
Cavallero; Corina Denning;
Jason Goins; Heather Goode;
Deborah Mandjuano; and Sean
Ryan

*Mr. Hammerness, Mr. Varanini, and Mr. Schmidt provided their consent that this document be ECF filed with their electronic signatures.

1 **[~~PROPOSED~~] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on

3 Defendants' Motion to Dismiss or Transfer Venue (Doc. 12) and Motion to Transfer Venue

4 (Doc. 25) shall be continued from Monday, March 14, 2016 at 10:00 a.m. to Monday, March

5 21, 2016 at 10:00 a.m.

7 Date: 02/10/2016         *[signature]*

                                HONORABLE THELTON E. HENDERSON
                                United States District Judge